# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALLY ROGERS,<br><br>    Plaintiff,<br><br>    v.<br><br>ASPEN TECHNOLOGY, INC., ANTONIO PIETRI, JILL SMITH, TOM BRADICICH, DON CASEY, KAREN GOLZ, AMAR HANSPAL, ADRIANA KARABOUTIS, GEORGIA KERESTY, ROBERT M. WHELAN, JR., and R. HALSEY WISE,<br><br>    Defendants. | C.A. No.: 22-cv-357-VAC |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sally Rogers hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: May 4, 2022

Respectfully submitted,

**FARNAN LLP**

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Counsel for Plaintiff*